# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMMAR AHMAD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLIFFORD KLEIN, et al.,<br><br>　　　　Defendants. | CASE NO. 2:17-cv-06354-SK<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the Complaint is dismissed without leave to amend, and the action is dismissed with prejudice.

DATED: December 12, 2017

　　　　　　　　　　　　　　　　　　HON. STEVE KIM
　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE